DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 APRIL 2015

| | | | |
|---|---|---|---|
| 086A12 | State v. Danny Robbie Hembree, Jr. | 1. Def's Motion for Appropriate Relief<br><br>2. Def's Motion to Remand for Evidentiary Hearing | 1. Dismissed as moot<br><br>2. Dismissed as moot<br><br>**Ervin, J., recused** |
| 086P15 | State v. Charles Edwards McCrae | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA14-790) | Dismissed without prejudice |
| 087P15 | Sandra S. Cowart, Individually and as Trustee Under the Sandra S. Cowart Living Trust, Date July 1. 2004 v. Bank of America, N.A., Shapiro & Ingle, LLP, and Cornish Law, PLLC | 1. Respondent's *Pro Se* Motion for Temporary Stay (COAP15-124)<br><br>2. Respondent's *Pro Se* Petition for Writ of Supersedeas<br><br>3. Respondent's *Pro Se* PWC | 1. Denied **03/05/2015**<br><br>2. Denied **03/05/2015**<br><br>3. Denied |
| 088P15 | Mason W. Hyde v. State of North Carolina | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **03/06/2015** |
| 089P15 | State v. Jean Arthur Darcelien | 1. Def's Motion for Temporary Stay<br><br>2. Def's Petition for *Writ of Supersedeas* | 1. Allowed **03/06/2015**<br><br>2. |
| 090P15 | State v. Demario Lamont Snead | 1. State's Motion for Temporary Stay (COA14-940)<br><br>2. State's Petition for Writ of Supersedeas<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **03/09/2015**<br><br>2.<br><br>3. |
| 091P14-2 | State v. Salim Abdu Gould | 1. Def's *Pro Se* PWC to Review Order of Superior Court of Bertie County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion for Appeal<br><br>4. Def's *Pro Se* Petition for *Writ of Mandamus*<br><br>5. Def's *Pro Se* Motion for *Writ of Coram Nobis* | 1. Dismissed<br><br>2. Allowed<br><br>3. Denied<br><br>4. Denied<br><br>5. Denied |
| 093A15 | Town of Boone v. North Carolina and County of Watauga | 1. State's Motion for Temporary Stay<br><br>2. State's Petition for *Writ of Supersedeas* | 1. Special Order **03/19/2015**<br><br>2. Special Order **03/19/2015** |